# Court of Appeals
# of the State of Georgia

ATLANTA,    May 29, 2012

*The Court of Appeals hereby passes the following order:*

## A12A1836.  ERIC LAMONT DIXON v. THE STATE.

A jury found Eric Lamont Dixon guilty of armed robbery and aggravated assault.  After appellate counsel was appointed, Dixon filed an "amended motion for new trial."  The trial court denied the motion, and Dixon seeks to appeal this ruling. We, however, lack jurisdiction.

Although a timely motion for new trial extends the deadline for filing a notice of appeal, an untimely motion for new trial is void and does not extend the time for filing.  See *Wicks v. State*, 277 Ga. 121 (587 SE2d 21) (2003).  To be timely, a motion for new trial must "be made within 30 days of the entry of the judgment on the verdict or entry of the judgment where the case was tried without a jury."[1] OCGA § 5-5-40 (a).  Here, judgment was entered on July 21, 2011, but Dixon did not file an amended motion for new trial until March 7, 2012.  The record contains no original motion for new trial.  Under these circumstances, Dixon's motion was untimely, and his appeal is therefore DISMISSED.  See *Peters v. State*, 237 Ga. App. 625 (516 SE2d 331) (1999).

Because Dixon is represented by counsel, he is informed of the following in accordance with *Rowland v. State*, 264 Ga. 872 (452 SE2d 756) (1995):

This appeal has been dismissed because of the failure to file a timely notice of appeal. If you still wish to appeal, however, you may request

---

[1] A defendant may obtain permission from the trial court to file an out-of-time motion for new trial, the denial of which may be appealed directly.  See *Washington v. State*, 276 Ga. 655, 656 (581 SE2d 518) (2003).

the trial court to grant an out-of-time appeal. If the trial court grants an out-of-time appeal, you will have 30 days from that grant in which to instigate an appeal. If the trial court denies your request for an out-of-time appeal, you may appeal that denial by filing a notice of appeal within 30 days of the denial. If you no longer wish to appeal your conviction, you need not do anything else.

The Clerk of Court is directed to send a copy of this order to Dixon as well as to Dixon's attorney, who is also directed to send a copy to Dixon.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 05/29/2012
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*


, *Clerk.*